UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS MURPHY,

                       Plaintiff,

    -against-

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------X

JUDGMENT
07-CV- 3582 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 10, 2008, denying the Commissioner's motion for judgment on the pleadings in its entirety; and granting plaintiff's cross-motion to the extent that the case is remanded to the Commissioner for a new hearing; it is

ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied in its entirety; and that plaintiff's cross-motion is granted to the extent that the case is remanded to the Commissioner for a new hearing.

Dated: Brooklyn, New York
       April 14, 2008

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court